

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-21-00044-CV

**$14,832.00 UNITED STATES CURRENCY; AND ONE (1) 2010 MERCEDES AND CERTAIN PROPERTY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17767
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On May 11, 2021, we ordered appellant to offer a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). "[A]ny plausible statement of circumstances indicating that failure to file ... was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance, [would] be accepted as a reasonable explanation." *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989); *see also Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.–San Antonio 1998, no pet.). Any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake or mischance, even if that conduct can also be characterized as professional negligence. *Garcia*, 774 S.W.2d at 670; *Dimotsis*, 966 S.W.2d at 657. Appellant timely responded to our order, stating that the error was because he did not receive timely notice of the judgment. Appellant's explanation is reasonable. We, therefore, grant the motion for extension of time to file the notice of appeal and ORDER this appeal retained on the court's docket. We further ORDER that appellant's brief is due on or before **July 23, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.



Michael A. Cruz,
Clerk of Court